THE STATE OF OHIO, APPELLANT, *v.* WILKINS, APPELLEE.

[Cite as *State v. Wilkins* (1999), 85 Ohio St.3d 1213.]

(No. 98–895—Submitted March 30, 1999—Decided May 12, 1999.)

*Mathias H. Heck, Jr.,* Montgomery County Prosecuting Attorney, *Cheryl A. Ross* and *Carley J. Ingram,* Assistant Prosecuting Attorneys, for appellant.

*Greger & Ovington, Lawrence J. Greger* and *Sharon L. Ovington,* for appellee.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.